NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMILIO ESTEVEZ,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-2284

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-8637, Judge Coral Wong Pietsch, Chief Judge Margaret C. Bartley, Judge Scott Laurer.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                                  ESTEVEZ V. MCDONOUGH

(2)  Each side shall bear their own costs.


FOR THE COURT


December 18, 2023                     Jarrett B. Perlow
        Date                            Clerk of Court


**ISSUED AS A MANDATE:** December 18, 2023